Hope Brown
v.
Starbucks

Case # 1:17-CV-00485-CCE-LPA

FILED
IN THIS OFFICE

2017 JUL 19 AM 8:09
MB

CLERK US DISTRICT COURT
GREENSBORO, N.C.

## Title of Pleading

I, Hope Brown, is asking for the dismissal of this case. After carefully going over documents yesterday, I've concluded it's best <u>not</u> to pursue this fight. It's difficult to find an attorney and I just no longer have time.

7/18/17

H. Brown